**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50055 |
| Plaintiff - Appellee, | D.C. No. 2:05-cr-00916-CBM |
| v. | |
| FRANCISCO TORRES-MORA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Consuelo B. Marshall, District Judge, Presiding

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Francisco Torres-Mora appeals from the district court's order revoking his

supervised release and the 8-month sentence imposed upon revocation.  Pursuant

to *Anders v. California*, 386 U.S. 738 (1967), Torres-Mora's counsel has filed a

brief stating there are no grounds for relief, along with a motion to withdraw as

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel of record.  We have provided the appellant the opportunity to file a pro se

supplemental brief.  No pro se supplemental brief or answering brief has been

filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district

court's judgment is **AFFIRMED**.